IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHARLES A. ROLAND,**
**ADC #98065**                                                                                    **PLAINTIFF**

**v.**                                          **3:06CV00210 GTE**

**DICK BUSBY, et al.**                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 25th day of May, 2007.


/s/ Garnett Thomas Eisele
United States District Judge